# COMPOSITE Exhibit A



**JEREMIAH "JJ" TALBOTT, ESQ.**
ATTORNEY AT LAW
Admitted to practice in the States of Florida and Alabama

September 10, 2019

**VIA U.S. MAIL:**
Kuzak Roof Maintenance, LLC
Attn: Registered Agent Melissa Kuzak
5400 Sand Lake Drive
Melbourne, Florida 32934

 Re: Amended Letter of Demand for Unpaid Wages owed to **Wagner Philemond**

Dear Ms. Kuzak:

 As you are aware, this firm represents Wagner Philemond in regards to his claim for unpaid wages against Frank Kuzak and your company Kuzak Roof Maintenance, LLC (hereafter "you" or "your Company"). Due to a miscommunication the original estimates of our client's dates of employment and hours worked were misstated in our prior letters.

 Based on this new information, I understand our client worked for your Company from approximately February 2018 through April 2018, and he worked approximately twelve (12) weeks for your Company during that period. I also understand that our client worked approximately fifty (50) hours each week during that period, which breaks down into forty (40) regular working hours and ten (10) overtime hours each week.

 Under the FMWA and FLSA an employee to be paid at least the minimum wage for all hours worked for an employer. Additionally, under the FLSA, an employee is entitled to be paid at a rate of one and one-half (1½) times his regular rate of pay for all hours worked over forty (40) hours in a workweek ("overtime hours"). An employee that suffers lost wages because of an employer's violation of the FMWA or FLSA is entitled to his full unpaid wages, plus an equal amount of liquidated damages, plus attorney's fees and costs.

 Looking first to my client's claim for unpaid minimum wages under the FMWA, the Florida minimum wage in 2018 was $8.25 per hour. As stated, my client worked over forty (40) hours each week he worked for your Company. Therefore, he is owed $330.00 in unpaid wages for his regular working hours for each week ($8.25 x 40 hours = $330.00). Since my client worked for your Company for twelve (12) weeks, he is owed $3,960.00 in unpaid minimum wages ($330.00 x 12 weeks = $3,960.00). Additionally, under the FMWA, he is owed an equal amount in liquidated damages. Therefore, under my client's FMWA claim, he is owed $7,920.00 in unpaid

900 EAST MORENO STREET PENSACOLA, FLORIDA 32503 | PHONE: 850.437.9600 FAX: 850.437.0906
Personal Injury • Workers' Compensation • Wage And Hour Claims • Social Security Disability • Marital And Family Law • Maritime / Admiralty

minimum wages and liquidated damages ($3,960.00 + $3,960.00 = $7,920.00), exclusive of attorney's fees and costs.

Looking next to my client's claim for unpaid overtime wages, I understand my client's regular rate of pay was $12.00 per hour. Therefore, his overtime rate was $18.00 per hour. Based on an average of at least ten (10) overtime hours, he is owed $180.00 for each week he worked for your Company. Since he worked twelve (12) weeks for your Company, my client is owed $2,160.00 in unpaid overtime wages ($180.00 x 12 weeks = $2,160.00). Additionally, under the FLSA he is owed an equal amount of liquidated damages. Therefore, under my client's FLSA claim, he is owed $4,320.00 in unpaid overtime wages and liquidated damages.

Additionally, an employee aggrieved by an employer's violations of the FLSA or the FMWA is entitled to reasonable attorney's fees and costs. To date, these attorney's fees and costs are approximately $1,500.00, and these continue to accumulate.

In summary, my client is owed $6,120.00 in unpaid wages, plus $6,120.00 in liquidated damages, plus $1,500.00 in reasonable attorney's fees and costs, which equals $13,740.00. I have also summarized my client's damages in the table below.

| Period | Unpaid Regular Hours | Unpaid Overtime Hours | Hourly Rate | Unpaid Wages | Liquidated Damages | Attorney's Fees and Costs |
|---|---|---|---|---|---|---|
| 07/31/19 – 08/01/19 | 480 | -- | $8.25 | $3,960.00 | $3,960.00 | $1,500.00 |
| 07/21/19 – 07/27/19 | -- | 120 | $18.00 | $2,160.00 | $2,160.00 | (above) |
| *** TOTAL: $13,740.00 *** | | | | | | |

With that being said, my client would like to avoid a lawsuit if possible. This letter serves as a demand upon you to, either:

(a) Pay my client's unpaid wages and liquidated damages of $12,240.00, plus $1,500.00 in reasonable attorney's fees and costs incurred in pursuing his claim. **Thus, you can fully resolve this matter by sending a check for $13,740.00 to the Law Office of J.J. Talbott, 900 East Moreno Street, Pensacola, Florida**.

(b) Alternatively, if you disagree with my client's calculations, please provide proper documentation showing all hours worked by my client, including all time sheets, time clock records, commission records, work reports, travel records, travel logs, jobsite locations, and other similar documents, including electronically stored information. Additionally, please provide me with my client's personnel file and payroll information, including paycheck stubs, payroll records, and records of any cash payments. I would also request all records, reports, documents, and electronic data related to any changes made to my client's hours log or time records, such as reductions to his number of recorded hours. Said records and documents should be sent to the Law Office of J.J. Talbott, 900 East Moreno

900 EAST MORENO STREET PENSACOLA, FLORIDA 32503 | PHONE: 850.437.9600 FAX: 850.437.0906
Personal Injury • Workers' Compensation • Wage And Hour Claims • Social Security Disability • Marital And Family Law • Maritime / Admiralty

Street, Pensacola, Florida. Once I review said records, I will send a second letter requesting payment for the amounts owed.

**Failure to contact this office or provide the requested payment and/or documents by September 24, 2019, will indicate that you do not want to resolve this matter. At that point, I will advise my client of his rights, including filing suit without further notice.**

If you have any questions, please feel free to contact me at (850)437-9600 or jj@talbottlawfirm.com. Thank you for your attention to this matter.

Sincerely,

*/s/Jeremiah J. Talbott*
JEREMIAH J. TALBOTT

JJT/RPS

Page 3 of 3

900 EAST MORENO STREET PENSACOLA, FLORIDA 32503 | PHONE: 850.437.9600 FAX: 850.437.0906
Personal Injury • Workers' Compensation • Wage And Hour Claims • Social Security Disability • Marital And Family Law • Maritime / Admiralty



**JEREMIAH "JJ" TALBOTT, ESQ.**
ATTORNEY AT LAW
Admitted to practice in the States of Florida and Alabama

September 10, 2019

**VIA CERTIFIED MAIL:**
Frank Kuzak
5400 Sand Lake Drive
Melbourne, Florida 32934

Re: Amended Letter of Demand for Unpaid Wages owed to **Wagner Philemond**

Dear Mr. Kuzak:

  As you are aware, this firm represents Wagner Philemond in regards to his claim for unpaid wages against you and your company Kuzak Roof Maintenance, LLC (hereafter "you" or "your Company"). Due to a miscommunication the original estimates of our client's dates of employment and hours worked were misstated in our prior letters.

  Based on this new information, I understand our client worked for your Company from approximately February 2018 through April 2018, and he worked approximately twelve (12) weeks for your Company during that period. I also understand that our client worked approximately fifty (50) hours each week during that period, which breaks down into forty (40) regular working hours and ten (10) overtime hours each week.

  Under the FMWA and FLSA an employee to be paid at least the minimum wage for all hours worked for an employer. Additionally, under the FLSA, an employee is entitled to be paid at a rate of one and one-half (1½) times his regular rate of pay for all hours worked over forty (40) hours in a workweek ("overtime hours"). An employee that suffers lost wages because of an employer's violation of the FMWA or FLSA is entitled to his full unpaid wages, plus an equal amount of liquidated damages, plus attorney's fees and costs.

  Looking first to my client's claim for unpaid minimum wages under the FMWA, the Florida minimum wage in 2018 was $8.25 per hour. As stated, my client worked over forty (40) hours each week he worked for your Company. Therefore, he is owed $330.00 in unpaid wages for his regular working hours for each week ($8.25 x 40 hours = $330.00). Since my client worked for your Company for twelve (12) weeks, he is owed $3,960.00 in unpaid minimum wages ($330.00 x 12 weeks = $3,960.00). Additionally, under the FMWA, he is owed an equal amount in liquidated damages. Therefore, under my client's FMWA claim, he is owed $7,920.00 in unpaid minimum wages and liquidated damages ($3,960.00 + $3,960.00 = $7,920.00), exclusive of attorney's fees and costs.

900 EAST MORENO STREET PENSACOLA, FLORIDA 32503 | PHONE: 850.437.9600 FAX: 850.437.0906
Personal Injury • Workers' Compensation • Wage And Hour Claims • Social Security Disability • Marital And Family Law • Maritime / Admiralty

Looking next to my client's claim for unpaid overtime wages, I understand my client's regular rate of pay was $12.00 per hour. Therefore, his overtime rate was $18.00 per hour. Based on an average of at least ten (10) overtime hours, he is owed $180.00 for each week he worked for your Company. Since he worked twelve (12) weeks for your Company, my client is owed $2,160.00 in unpaid overtime wages ($180.00 x 12 weeks = $2,160.00). Additionally, under the FLSA he is owed an equal amount of liquidated damages. Therefore, under my client's FLSA claim, he is owed $4,320.00 in unpaid overtime wages and liquidated damages.

Additionally, an employee aggrieved by an employer's violations of the FLSA or the FMWA is entitled to reasonable attorney's fees and costs. To date, these attorney's fees and costs are approximately $1,500.00, and these continue to accumulate.

In summary, my client is owed $6,120.00 in unpaid wages, plus $6,120.00 in liquidated damages, plus $1,500.00 in reasonable attorney's fees and costs, which equals $13,740.00. I have also summarized my client's damages in the table below.

| Period | Unpaid Regular Hours | Unpaid Overtime Hours | Hourly Rate | Unpaid Wages | Liquidated Damages | Attorney's Fees and Costs |
|---|---|---|---|---|---|---|
| 07/31/19 – 08/01/19 | 480 | -- | $8.25 | $3,960.00 | $3,960.00 | $1,500.00 |
| 07/21/19 – 07/27/19 | -- | 120 | $18.00 | $2,160.00 | $2,160.00 | (above) |
| **\*\*\* TOTAL: $13,740.00 \*\*\*** | | | | | | |

With that being said, my client would like to avoid a lawsuit if possible. This letter serves as a demand upon you to, either:

(a) Pay my client's unpaid wages and liquidated damages of $12,240.00, plus $1,500.00 in reasonable attorney's fees and costs incurred in pursuing his claim. **Thus, you can fully resolve this matter by sending a check for $13,740.00 to the Law Office of J.J. Talbott, 900 East Moreno Street, Pensacola, Florida**.

(b) Alternatively, if you disagree with my client's calculations, please provide proper documentation showing all hours worked by my client, including all time sheets, time clock records, commission records, work reports, travel records, travel logs, jobsite locations, and other similar documents, including electronically stored information. Additionally, please provide me with my client's personnel file and payroll information, including paycheck stubs, payroll records, and records of any cash payments. I would also request all records, reports, documents, and electronic data related to any changes made to my client's hours log or time records, such as reductions to his number of recorded hours. Said records and documents should be sent to the Law Office of J.J. Talbott, 900 East Moreno Street, Pensacola, Florida. Once I review said records, I will send a second letter requesting payment for the amounts owed.

Page 2 of 3

900 EAST MORENO STREET PENSACOLA, FLORIDA 32503 | PHONE: 850.437.9600 FAX: 850.437.0906
Personal Injury • Workers' Compensation • Wage And Hour Claims • Social Security Disability • Marital And Family Law • Maritime / Admiralty

**Failure to contact this office or provide the requested payment and/or documents by September 24, 2019, will indicate that you do not want to resolve this matter. At that point, I will advise my client of his rights, including filing suit without further notice.**

If you have any questions, please feel free to contact me at (850)437-9600 or jj@talbottlawfirm.com. Thank you for your attention to this matter.

Sincerely,

*/s/Jeremiah J. Talbott*
JEREMIAH J. TALBOTT

JJT/RPS

Page 3 of 3

900 EAST MORENO STREET PENSACOLA, FLORIDA 32503 | PHONE: 850.437.9600 FAX: 850.437.0906
Personal Injury • Workers' Compensation • Wage And Hour Claims • Social Security Disability • Marital And Family Law • Maritime / Admiralty