IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAGNER PHILEMOND,

  Plaintiff,

vs.

KUZAK ROOF MAINTENANCE, LLC
and FRANK KUZAK,

  Defendants.

CASE NO.: 6:19-CV-1854-WWB-GJK

## NOTICE OF FILING RETURN OF SERVICE

Plaintiff, WAGNER PHILEMOND, by and through the undersigned counsel, hereby files this Notice of Return of Service on Defendant, KUZAK ROOF MAINTENANCE, LLC, in this matter. The Complaint, Summons, and Civil Cover Sheet were served by process server on October 3, 2019, to Defendant, KUZAK ROOF MAINTENANCE, LLC, as evidenced by the attached return of service.

DATED: October 9, 2019

Respectfully Submitted,

/s/ JEREMIAH J. TALBOTT
JEREMIAH J. TALBOTT, Esq.
Jeremiah J. Talbott, P.A.

900 East Moreno Street
Pensacola, Florida 32503
(850) 437-9600 · (850) 437-0906
Attorneys for Plaintiff
civilfilings@talbottlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via US Mail to all Defendants on this date, October 9, 2019.

/s/ JEREMIAH J. TALBOTT
JEREMIAH J. TALBOTT, Esq.
Jeremiah J. Talbott, P.A.

## SERVICE LIST

Kuzak Roof Maintenance, LLC
c/o Melissa A. Kuzak as Registered Agent
5400 Sand Lake Drive
Melbourne, FL 32934

Frank Kuzak
5400 Sand Lake Drive
Melbourne, FL 32934

# AFFIDAVIT OF PROCESS SERVER

Job # 2019001755

**Client Info:**
Jeremiah J. Talbott, P.A.
900 East Moreno Street
Pensacola, FL 32503

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** WAGNER PHILEMOND | USDC FOR THE MIDDLE DISTRICT OF FLORIDA |
| -versus- | |
| **DEFENDANT:** KUZAK ROOF MAINTENANCE, LLC ET. AL. | Court Case # 6:19-CV-1854-ORL-78GJK |

**Service Info:**

Date Received by Accurate Serve Pensacola: 9/30/2019 at 01:44 PM
Service: I Served **KUZAK ROOF MAINTENANCE, LLC C/O MELISSA A. KUZAK AS REGISTERED AGENT**
With: **SUMMONS IN A CIVIL ACTION; COMPLAINT**
by leaving with **Melissa A. Kuzak, REGISTERED AGENT**

At Business 5400 SAND LAKE DRIVE MELBOURNE, FL 32934

Latitude: 28.140471
Longitude: -80.717299

On **10/3/2019** at **01:21 PM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:** (Approx)

Age: **45**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 6"**, Weight: **150**, Hair: **Blond** Glasses: **No**

**Military Status:**

**Military Status = No**

I **Denny Acosta** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**Denny Acosta**
Lic # **621**

**Accurate Serve Pensacola**
4771 Bayou Boulevard, Suite 132
Pensacola, FL 32503

Client # P192372
Job # 2019001755

SUBSCRIBED AND SWORN to before me this __04th__ day of __October__, __2019__ by **Denny Acosta**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida

LISA ROSE
Notary Public - State of Florida
Commission # GG 272048
My Comm. Expires Oct 29, 2022

1 of 1




AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

INITIALS: DK
ID: 621
DATE: 10-3-19
TIME: 1:21 pm

WAGNER PHILEMOND

Plaintiff(s)

v.

KUZAK ROOF MAINTENANCE, LLC and FRANK KUZAK

Defendant(s)

Civil Action No. 6:19-CV-1854-Orl-78GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KUZAK ROOF MAINTENANCE, LLC
C/O MELISSA A. KUZAK AS REGISTERED AGENT
5400 SAND LAKE DRIVE
MELBOURNE, FL 32934

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Law Office of Jeremiah J. Talbott
900 East Moreno Street
Pensacola, FL 32503

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sep 27, 2019

*Samantha Blake*
*Signature of Clerk or Deputy Clerk*