UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAGNER PHILEMOND,

    Plaintiff,

v.                                        Case No:   6:19-cv-1854-Orl-78GJK

KUZAK ROOF MAINTENANCE, LLC and
FRANK KUZAK,

    Defendants.

## ORDER

The Court will **CARRY** the Unopposed Motion for leave to Withdraw as Counsel for Plaintiff and for Extension of Time and/or Stay of Proceedings (Doc. 18), until Plaintiff's contact information[1] is filed so that, in the event Plaintiff does not engage a new lawyer, Defendants and the Court know how to communicate with him.

**DONE** and **ORDERED** in Orlando, Florida on December 16, 2019.

*[Signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties

---

[1] This includes a mailing address, email address and telephone number.