**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

|  |  |
|---|---|
| **WAGNER PHILEMOND,**  )<br>　　　　　　　　　　　　　　　)<br>　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>vs.　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>**KUZAK ROOF MAINTENANCE, LLC**  )<br>**and FRANK KUZAK,**　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　Defendants.　　　　　　 )<br>_____/ | **CASE NO.: 6:19-CV-1854-WWB-GJK** |

**NOTICE OF PLAINTIFF'S CONTACT INFORMATION**

COMES NOW Plaintiff, WAGNER PHILEMOND, and hereby provides the Court with Mr. Philemond's contact information, pursuant to the Order rendered December 16, 2019 (Doc. 19). Mr. Philemond's contact information is as follows:

　　720 S.W. 111th Avenue
　　Apt. # 204
　　Pembroke Pines, Florida 33025
　　Phone: (321)406-3963
　　Alternative Phone: (321)549-9073
　　Email: kingshit301@gmail.com

Dated: December 16, 2019　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Jeremiah J. Talbott*
　　　　　　　　　　　　　　　　　　　　JEREMIAH J. TALBOTT, ESQ.
　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 0154784

Law Office of Jeremiah J. Talbott, P.A.
900 E. Moreno Street
Pensacola, Fla. 32503
(850) 437-9600 / (850) 437-0906 (fax)
jjtalbott@talbottlawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing has been furnished via electronic filing to Defendants' counsel, Jesse Unruh, Esq. of the law firm Jet Dot Law, PLLC. Additionally, Plaintiff Wagner Philemond was served a copy of this Motion by U.S. Mail at 720 S.W. 111th Ave. Apt. No. 204, Pembroke Pines, FL 33025.

Dated: December 16, 2019        */s/ Jeremiah J. Talbott*
                                JEREMIAH J. TALBOTT, ESQ.