UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAGNER PHILEMOND,

    Plaintiff,

v.                                                Case No:   6:19-cv-1854-Orl-78GJK

KUZAK ROOF MAINTENANCE, LLC
and FRANK KUZAK,

    Defendants.

## ORDER TO SHOW CAUSE

On November 8, 2019, the Court entered an FLSA Scheduling Order setting a deadline of December 20, 2019, for Plaintiff to file his answers to the Court's Interrogatories (Doc. 15 at 2). To date, Plaintiff has not filed his answers to the Court's interrogatories. Now, **on or before January 13, 2019, Plaintiff shall show cause in writing why sanctions, including but not limited to dismissal of this case, should not be imposed for failure to comply with the Court's FLSA Scheduling Order. Failure to timely respond to this Order to Show Cause will result in a report and recommendation that the case be dismissed without further warning.**

**DONE** and **ORDERED** in Orlando, Florida, on December 23, 2019.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties