UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WAGNER PHILEMOND,

     Plaintiff,

v.                             Case No:   6:19-cv-1854-Orl-78GJK

KUZAK ROOF MAINTENANCE, LLC
and FRANK KUZAK,

     Defendants.

_____

## REPORT AND RECOMMENDATION

On November 8, 2019, the Court entered an FLSA Scheduling Order setting a deadline of December 20, 2019, for Plaintiff to answer the Court's Interrogatories (Doc. 15 at 2). Plaintiff has not filed his answers to the interrogatories and thus has not complied with the FLSA Scheduling Order. On December 26, 2019, the Court ordered Plaintiff to, on or before January 13, 2020, "show cause in writing why sanctions, including but not limited to dismissal of this case, should not be imposed for failure to comply with the Court's FLSA Scheduling Order" (Doc. 23). To date, Plaintiff has not filed his answers to the Court's interrogatories or shown cause why sanctions should not be imposed. Plaintiff was specifically warned that "[f]ailure to timely respond to this Amended Order to Show Cause will result in a report and recommendation that the case be dismissed without further warning." (Id.). Now, I **RESPECTFULLY RECOMMEND** that this case be **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's Orders.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1. If the parties do not object to this Report and Recommendation, then they may expedite the approval process by filing notices of no objection.

**RECOMMENDED** in Orlando, Florida, on January 16, 2020.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties