**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| WAGNER PHILEMOND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KUZAK ROOF MAINTENANCE, LLC and ) <br> FRANK KUZAK, ) <br> ) <br> Defendants ) <br> ) | Case No.   6:19-cv-01854 |

**UNOPPOSED MOTION TO EXTEND FLSA SCHEDULING ORDER DEADLINES**

Defendants, KUZAK ROOF MAINTENANCE, LLC and FRANK KUZAK, through their undersigned counsel, file this Unopposed Motion to Extend FLSA Scheduling Order Deadlines (Doc. 15). In support thereof, Defendants state as follows:

1. On November 8, 2019, the Court entered the FLSA Scheduling Order in this case.

2. Pursuant to the FLSA Scheduling Order, the Parties are required to meet and confer in person on or before January 17, 2020 for purposes of a good faith settlement conference and to jointly file a Report regarding settlement on or before February 6, 2020.

3. Counsel for Defendants was only able to get in touch with pro se Plaintiff[1] on January 16, 2020 and it was not possible to schedule a meeting in such a short timeframe. Given the timing, a conference could not be held by the required deadline of January 17, 2020 and both Parties agreed that a thirty (30) day extension should be sought on the remaining deadlines in the FLSA Scheduling Order.

---

[1] Plaintiff confirmed that as of January 16, 2020, he had not retained counsel for this matter.

1

4. For the above reasons, Defendants respectfully request a thirty (30) day extension on all deadlines in FLSA Scheduling Order (Doc. 15). Specifically, Defendants request that the settlement conference be scheduled for February 17, 2020 and the report on the settlement conference be scheduled for March 9, 2020.

5. This Motion is made in good faith and not for the purpose of undue delay or prejudice to any party.

## MEMORANDUM OF LAW

Rule 16 of the Federal Rules of Civil Procedure provides that once entered, the scheduling order "shall control the subsequent course of the action unless modified by a subsequent order . . . [and] "shall not be modified except upon a showing of good cause." Fed.R.Civ.P. 16(b)(e).

This Court may grant the requested enlargement of time for good cause shown when the request is made before the original time expires. Fed. R. Civ. P. 6(b). The Defendants' request for an extension of the FLSA deadlines is made in good faith and does not prejudice pro se Plaintiff.  Further, Defendants respectfully suggest that the scheduling challenges with pro se Plaintiff are good cause for extension of the deadlines.  For these reasons, the Defendants request an enlargement of the FLSA deadlines, specifically Settlement Conference deadline and deadline to jointly file the Settlement Conference Report.

**WHEREFORE**, the Defendants, through their counsel, respectfully request that this Court enter an Order granting a thirty (30) day extension of the remaining deadlines in the FLSA Scheduling Order (Doc. 15); specifically setting the Settlement Conference deadline to be on or before February 17, 2020 and the Settlement Conference Report deadline to be on or before March, 9, 2020.

## **LOCAL RULE 3.01 (g) CERTIFICATE**

Counsel for Defendants has conferred with pro se Plaintiff, regarding the subject matter of this motion, and pro se Plaintiff is not opposed to the relief sought herein.

Dated this 17th day of January 2020.

        Respectfully submitted,

        By: */s/ Jesse Unruh*
        Jesse Unruh
        Florida Bar # 93121
        **SPIRE LAW, LLC**
        12249 Science Drive
        Suite 155
        Orlando, FL 32826
        (407) 494-0135
        jesse@spirelawfirm.com
        www.spirelawfirm.com

        Attorney for Defendants | Kuzak Roof Maintenance, LLC and Frank Kuzak

## **CERTIFICATE OF SERVICE**

I hereby Certify that on this 17th day of January, 2020, the foregoing was electronically filed with the Court by using the CM/ECF portal, a copy was served on Wagner Philemond, 720 S.W. 111th Avenue Apt. 204, Pembroke Pines, FL 33025, via e-mail at kingshit301@gmail.com.

        /s/ Jesse Unruh
        Jesse Unruh